UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MARY JONES,<br><br>            Plaintiff,<br><br>   v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>            Defendants. | CV 13-8789-DMG (SH)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Final Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

1    IT IS THEREFORE ORDERED that a Judgment be entered (1) approving and accepting the Final Report and Recommendation, (2) granting Defendant WCAB and Caplane's Motion to Dismiss; (3) granting Defendant Brown and Schwarzenegger's Motion to Dismiss, and; (4) directing that Judgment be entered dismissing the action without leave to amend.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

In light of this Court's ruling, the parties' requests under Local Rule 83-9.1 are denied as moot. [Doc. ## 50, 53.]

DATED: September 26, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE