UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MARY JONES, <br><br> Plaintiff, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | ) No. CV 13-8789-DMG (SH) <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without leave to amend.

DATED: September 26, 2014

*(signature)*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1